UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA. | : | CASE NO.: 3:15-cr-00070(RNC) |
|---|---|---|
| V. | : | |
| STEVEN J. SANTUCCI | : | AUGUST 11, 2016 |

**DEFENDANT'S SENTENCING MEMORANDUM**

Defendant Steven Santucci submits this memorandum to advocate his position and to assist the Court in connection with the upcoming sentencing hearing. On December 9, 2015, Mr. Santucci pled guilty to Conspiracy to Distribute and to Possess with Intent to Distribute Anabolic Steroids, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)E, and Conspiracy to Launder Money Instruments, in violation of 18 U.S.C. § 1956(h). Sentencing is scheduled for August 25, 2016 at 10:00 a.m. For the reasons stated in this memorandum, the defense submits that a sentence well below the Guideline imprisonment range with an appropriate term of supervised release is reasonable and sufficient to meet the purposes of sentencing under 18 U.S.C. § 3553(a).

<u>A Sentence Well Below The Advisory Guideline Range Is Appropriate</u>

In the Presentence Report filed July 29, 2016, the Probation Officer made the following calculations under the Sentencing Guidelines: Total Offense Level of 25 and Criminal History Category I. This calculation produces a Guidelines Sentence Range of

57 to 71 months. The defendant is not subject to any statutory mandatory minimum sentence.

Apart from his involvement with anabolic steroids, Mr. Santucci has led an exemplary life and a life characterized by a high degree of public service. As a junior in high school in 1994, he joined the Connecticut Army National Guard from which he was honorably discharged in 2002. PSR at ¶ 82. After graduating from college, Mr. Santucci joined the Newtown Police Department in November 2000. He was employed by the Newtown Police Department for nearly fifteen years, until he resigned in April 2015 as a result of his arrest in this case.[1] As reflected in his personnel file, Mr. Santucci performed his job well and he was respected within the police department and within the community which he served. In 2006, he received the 5 Year Honorable and Meritorious Service Award, in January 2012 he was promoted to the rank of Patrol Sergeant and in 2014 he was presented with the Chief's Service Award. His personnel file also contains numerous letters of appreciation from the community for his exemplary service on various calls. PSR at ¶ 79. Since leaving the police department during the pendency of this case, Mr. Santucci has continued to contribute to the community by devoting time to Habitat for Humanity where he has applied his newly learned trade as an electrician. PSR at ¶ 73.

Mr. Santucci's involvement with steroids grew out of the gym and weightlifting culture which he has been a part of for many years. As reported by his wife, Mr. Santucci has always been health conscious and chose to work out over partying in his school days. Mrs. Santucci explained that "Lifting has been a large part of his

---

[1] Apart from his contacts with codefendant Jason Chikos, who was a civilian employee of the Newtown police Department, Mr. Santucci's anabolic steroid use and distribution activities appear to have been a segregated portion of his life with no connection to his performance as a police officer.

2

socializing. He was never a drinker in college. On Friday nights, he and his friends would just go to the gym." PSR at ¶ 67. Mr. Santucci himself explained that he has always been a "fitness guy" and that he wanted to be a weight lifter. Although he had lifted weight for years, he was not successful at building muscle. Mr. Santucci wanted to be bigger but stay lean at the same time. He also reported going on "crazy" diets to stay skinny. Around age thirty, Mr. Santucci turned to steroids to "get an edge" so that he could develop the body image that he desperately sought. PSR at ¶ 70.[2]

During the probation interview, Mr. Santucci spoke openly about his steroid use and the origins of the instant offense. He advised that he began using steroids to augment his training and found it to be greatly beneficial in adding lean muscle to his body. Mr. Santucci explained that steroids were expensive and after a few years of use he learned that he could buy raw materials from China which he began to do. He learned that by making his own steroids, he could better control the dosing and thereby tailor the performance of the drug. Mr. Santucci's steroid production began without any plan to distribute drugs to others and at first it was just him using the steroids that he made. People that he knew from the gyms where he worked out took notice of his steroid use and some asked if they could buy some. Mr. Santucci began selling his steroids to like minded persons from the gym and bodybuilding community. He began by supplying two or three men for a couple of years, which turned into four or five for a few years until, by the time of his arrest, he was selling to nine or ten individuals. PSR at ¶ 46. There is no easy explanation for how an otherwise law abiding individual of obviously good character could get so deeply involved in the manufacture and

---

[2] Much has been written in the medical literature about the relationship between body building, body-image pathology and illicit use of anabolic-androgenic steroids. Attached as Exhibit A are a series of abstracts from published articles which discuss this topic.

3

distribution of illegal drugs. But part of the explanation certainly lies in the fact that there is a level of steroid acceptance in the body building community and Mr. Santucci was dealing only with like minded persons from that community. He got lulled into believing that what he was selling was "just steroids" and it was "not that big a deal." In retrospect, Mr. Santucci now realizes that he "got lost" to the point where he engaged in a persistent pattern of illegal conduct which put his health and his career at grave risk. PSR at ¶ 112. As a consequence, he has lost his career and he is now at risk of losing his liberty.

Mr. Santucci's character is also well illustrated by the way he reacted to his arrest. He immediately admitted his guilt to the investigating authorities and cooperated fully in the investigation. Within a few days, he met with the Chief of the Newtown Police Department and immediately resigned from his position. Mr. Santucci explained that he realized that he was responsible for his actions and that it would be best for the Town and everyone involved that he resign immediately. PSR at ¶ 79. Mr. Santucci then set about planning for his future. He ceased the use of anabolic steroids and within a few months had identified a second career for himself. Mr. Santucci enrolled in the electrician program at Porter and Chester Institute and on July 7, 2016 graduated number one in his class with a 4.0 grade point average. He is currently working as an apprentice electrician and earning hours towards his full licensure. PSR at ¶ 113.

As noted by the probation officer, "based upon the significant impact this offense has had on his professional and personal life, his personal history and characteristics, lack of any prior criminal record, as well as his post-arrest rehabilitative efforts, it appears that Mr. Santucci represents a very low risk of recidivism." PSR at ¶ 113. For

these reasons, and for all reasons stated in this memorandum, all the purposes of sentencing will best be served by the imposition of a sentence well below the Guideline range.

        THE DEFENDANT
        STEVEN J. SANTUCCI

By  /s/ Dan E. LaBelle
    Dan E. LaBelle
    HALLORAN & SAGE LLP
    Fed. Bar #ct 01984
    315 Post Road West
    Westport, CT 06880
    Telephone: (203) 227-2855
    Facsimile:  (203) 227-6992
    labelle@halloran-sage.com

# EXHIBIT A

PubMed

**Format:** Abstract

Full text links

psychiatryonline
full-text article

Am J Psychiatry. 2006 Apr;163(4):697-703.

# Body image and attitudes toward male roles in anabolic-androgenic steroid users.

Kanayama G[1], Barry S, Hudson JI, Pope HG Jr.

Author information

## Abstract

**OBJECTIVE:** The authors sought to expand on previous observations suggesting that body-image pathology is associated with illicit use of anabolic-androgenic steroids (AAS). In particular, the authors compared current versus past AAS users and short-term versus long-term users in this respect.

**METHOD:** The authors assessed 89 heterosexual men who lifted weights regularly-48 AAS users and 41 nonusers-on measures of self-esteem, attitudes toward male roles, body image, eating-related attitudes and behaviors, and muscle dysmorphia ("reverse anorexia nervosa").

**RESULTS:** AAS users as a whole showed few differences from nonusers on most measures but showed greater symptoms of muscle dysmorphia (e.g., not allowing their bodies to be seen in public, giving up pleasurable activities because of body-appearance concerns). The current and past AAS users each differed only modestly from nonusers on most measures. Short-term AAS "experimenters" were also largely indistinguishable from nonusers, but the long-term AAS users showed striking and significant differences from nonusers on many measures, including marked symptoms of muscle dysmorphia and stronger endorsement of conventional male roles.

**CONCLUSIONS:** Both body-image pathology and narrow stereotypic views of masculinity appear to be prominent among men with long-term AAS use. Although our cross-sectional observations cannot confirm that these factors help to cause or perpetuate AAS use, a causal hypothesis is certainly plausible and deserving of further testing in longitudinal studies. If these factors are indeed causal, then AAS users might respond to cognitive behavior approaches that simultaneously take aim at both types of maladaptive beliefs.

PMID: 16585446   DOI: 10.1176/appi.ajp.163.4.697

[PubMed - indexed for MEDLINE]

**Publication Types, MeSH Terms, Substances**

**LinkOut - more resources**

## PubMed Commons

PubMed Commons home

0 comments

How to join PubMed Commons

PubMed

**Format:** Abstract

**Full text links**


Wiley Online Library

Int J Eat Disord. 1995 Sep;18(2):159-65.

# Body image and steroid use in male bodybuilders.

Blouin AG[1], Goldfield GS.

Author information

## Abstract

This study was designed to examine the association between body image and eating-related attitudes among male bodybuilders in relation to two athletic comparison groups, runners and martial artists. It was also of interest to examine whether steroid use may be associated with body image disturbances in athletes. The volunteer sample of 139 male athletes recruited from fitness centers comprised 43 bodybuilders, 48 runners, and 48 martial artists (tae kwon do practitioners). Standardized measures of body dissatisfaction, drive for thinness, drive for bulk, bulimia, self-esteem, depression, maturity fears, and perfectionism as well as questionnaires designed to measure attitudes toward steroids, and rates of steroid use were administered in a manner that encouraged disclosure. Bodybuilders reported significantly greater body dissatisfaction, with a high drive for bulk, high drive for thinness, and increased bulimic tendencies than either of the other athletic groups. In addition bodybuilders reported significant elevations on measures of perfectionism, ineffectiveness, and lower self-esteem. They also reported the greatest use of anabolic steroids and most liberal attitudes towards using steroids. Steroid users reported that the most significant reason for using steroids was to improve looks. Steroid users reported an elevated drive to put on muscle mass in the form of bulk, greater maturity fears, and enhanced bulimic tendencies than nonusers. The results suggest that male bodybuilders are at risk for body image disturbance and the associated psychological characteristics that have been commonly reported among eating disorder patients. These psychological characteristics also appear to predict steroid use in this group of males.

PMID: 7581418

[PubMed - indexed for MEDLINE]

**Publication Types, MeSH Terms, Substances**

**LinkOut - more resources**

## PubMed Commons

0 comments

[PubMed Commons home](#)

[How to join PubMed Commons](#)

The American Psychiatric Publishing Textbook of Substance Abuse Treatment, Fifth Edition

Chapter 18. Treatment of Anabolic-Androgenic Steroid–Related Disorders

© American Psychiatric Publishing

http://dx.doi.org/10.1176/appi.books.9781615370030.mg18

Excerpt

Full Text

References

Sections

Identification and Assessment | AAS Issues That May Garner Clinician Attention | Conclusion | References

Excerpt

The anabolic-androgenic steroids (AASs) are a family of hormones that includes the natural male hormone testosterone and more than 100 other synthetic relatives of testosterone (Kanayama and Pope 2012; Kanayama et al. 2010b). All AASs possess both anabolic (muscle-building) and androgenic (masculinizing) properties; it is equally correct to refer to these hormones simply as "androgens" (Kanayama and Pope 2012). Since the 1950s, AAS use has been widespread among elite athletes and bodybuilders, who have long recognized that AASs allow them to achieve muscle gains far beyond those attainable by natural means. However, it was not until the 1980s that AAS use began to extend from the elite athletic world into the general population. Now, some 2 million U.S. men, and millions more worldwide, have used these drugs illicitly. Most of these newer users are not competitive athletes, but simply men who wish to get leaner and more muscular (Kanayama and Pope 2012; Melnik 2009). The majority of these men are in their 20s or 30s; contrary to widespread belief, only a minority start AAS use as teenagers (Kanayama et al. 2007). AAS use is very rare among girls and women, because females do not often aspire to be extremely muscular and, like men, they are vulnerable to the androgenic effects of AASs, such as beard growth, deepening of the voice, and masculinization of secondary sexual characteristics. Although some anonymous surveys have suggested that substantial numbers of teenage girls have used AASs, these surveys have almost certainly

produced inflated estimates as a result of false-positive responses on questionnaires (Kanayama et al. 2007). For these reasons, the following discussion is focused primarily on treatment of male AAS users (and mostly male pronouns are used), although the general principles expressed would presumably apply to the rare cases of female users as well.

HHS Public Access
Author manuscript
Peer reviewed and accepted for publication

About author manuscripts | Submit a manuscript

Am J Psychiatry. Author manuscript; available in PMC 2009 Jun 15.
Published in final edited form as:
Am J Psychiatry. 2009 Jun; 166(6): 642–645.
doi: 10.1176/appi.ajp.2009.08111699

PMCID: PMC2696068
NIHMSID: NIHMS109288

# Issues for DSM-V: Clarifying the Diagnostic Criteria For Anabolic-Androgenic Steroid Dependence

Gen Kanayama, M.D., Ph.D.,[1] Kirk J. Brower, M.D.,[2] Ruth I. Wood, Ph.D.,[3] James I. Hudson, M.D., Sc.D.,[1] and Harrison G. Pope, Jr, M.D.[1]

[1]Biological Psychiatry Laboratory, McLean Hospital, Belmont, Massachusetts, and Department of Psychiatry, Harvard Medical School, Boston, Massachusetts
[2]University of Michigan Addiction Research Center, Ann Arbor, Michigan
[3]Department of Cell & Neurobiology, Keck School of Medicine of the University of Southern California, Los Angeles, California
Correspondence should be addressed to Dr. Pope at McLean Hospital, Belmont, MA 02178; telephone 617-855-2911; fax 617-855-3585; e-mail: hpope@mclean.harvard.edu

Copyright notice and Disclaimer

The publisher's final edited version of this article is available at Am J Psychiatry
See other articles in PMC that cite the published article.

Illicit anabolic-androgenic steroid (AAS) use represents a growing worldwide public health problem (1, 2). Some AAS users consume only a few courses of these drugs in a lifetime, but others progress from discrete courses of use to a maladaptive pattern of almost continuous use, despite adverse medical, psychological, and social effects (3, 4). In the last 20 years, accumulating animal and human studies have documented and characterized this syndrome of AAS dependence. For example, rats and mice will select AAS in conditioned place preference models (5), and hamsters will self-administer testosterone even to the point of death (6). Unlike rodents, humans may initially develop a pattern of AAS dependence as a result of "muscle dysmorphia" – a form of body dysmorphic disorder where they become preoccupied that they do not look adequately muscular (7). In later stages, however, AAS dependence comes to resemble "classical" drug dependence, with a well-defined withdrawal syndrome mediated both by neuroendocrine factors and by a variety of cortical neurotransmitter systems, especially the opioidergic system (5, 8). AAS dependence may be associated with substantial medical and psychiatric morbidity, including hypertension, dyslipidemia, cardiomyopathy, persistent hypogonadism, major mood disorders, and progression to other forms of substance abuse and dependence, especially opioid dependence (2). The full magnitude of these risks is still unknown, because widespread AAS abuse did not spread from the athletic world to the general population until the 1980s (2), and only now are many AAS users becoming old enough to have established a dependence pattern and to have entered the age of risk for some of these adverse outcomes. Although AAS users historically have been reluctant to seek treatment (1, 9), these adverse outcomes may bring increasing numbers to clinical attention.

Importantly, unlike classical drugs of abuse, AAS are not ingested to achieve an immediate "high" of acute intoxication, but instead are consumed over a preplanned course of many weeks to achieve a delayed reward of increased muscularity. Therefore, the existing *DSM-IV* criteria for substance dependence, which were designed primarily for acutely intoxicating drugs, do not apply precisely to AAS. For example, criteria such as "using the substance in larger amounts than was intended," or "giving up or reducing important activities because of substance use," apply more easily to alcohol or cocaine than to AAS. But these considerations should not

obscure the fact that AAS have definite psychoactive effects, including a potential for addiction, that is likely underestimated because attention has focused on the drugs' muscle-building properties (1).

On the basis of the available literature (2–4, 10) and clinical experience with AAS-dependent individuals, we would suggest that the existing *DSM* criteria could be adapted for diagnosing AAS dependence with only small interpretive changes (Table 1). AAS are presently the only major class of drugs scheduled by the Drug Enforcement Administration for which *DSM-IV* does not explicitly recognize a dependence syndrome (11); this omission could be rectified in *DSM-V* by offering these proposed interpretations for AAS dependence in a small table or in the accompanying text of the substance dependence section. Alternatively, *DSM-V* could initially propose these criteria only for research purposes, pending further evidence of their reliability and validity. In either case, clarified criteria for AAS dependence will likely improve recognition of this diagnosis among clinicians and researchers encountering the syndrome, and stimulate increased attention to this emerging public health problem.



**TABLE 1**

*DSM* Substance Dependence Criteria (**Shown in Bold**), Interpreted for Diagnosing AAS Dependence (Shown in Plain Text)

## Acknowledgments

Supported in part by NIDA Grant DA 016744 (to Drs. Pope, Kanayama, and Hudson) and NIDA Grant DA 12843 (to Dr. Wood)

## References

1. Pope HG, Brower KJ. Anabolic-Androgenic Steroid-Related Disorders. In: Sadock B, Sadock V, editors. Comprehensive Textbook of Psychiatry. Ninth Edition. Philadelphia, PA: Lippincott Williams & Wilkins; 2009. pp. 1419–1431.

2. Kanayama G, Hudson JI, Pope HG., Jr Long-term psychiatric and medical consequences of anabolic-androgenic steroid abuse: A looming public health concern? Drug Alcohol Depend. 2008;98:1–12. [PMC free article] [PubMed]

3. Brower KJ. Anabolic steroid abuse and dependence. Curr Psychiatry Rep. 2002;4(5):377–387. [PubMed]

4. Perry PJ, Lund BC, Deninger MJ, Kutscher EC, Schneider J. Anabolic steroid use in weightlifters and bodybuilders: an internet survey of drug utilization. Clin J Sport Med. 2005;15(5):326–330. [PubMed]

5. Wood RI. Anabolic-androgenic steroid dependence? Insights from animals and humans. Front Neuroendocrinol. 2008 [PMC free article] [PubMed]

6. Peters KD, Wood RI. Androgen dependence in hamsters: overdose, tolerance, and potential opioidergic mechanisms. Neuroscience. 2005;130(4):971–981. [PubMed]

7. Kanayama G, Barry S, Hudson JI, Pope HG., Jr Body image and attitudes toward male roles in anabolic-androgenic steroid users. Am J Psychiatry. 2006;163(4):697–703. [PubMed]

8. Kashkin KB, Kleber HD. Hooked on hormones? An anabolic steroid addiction hypothesis. Jama. 1989;262(22):3166–3170. [PubMed]

9. Pope HG, Kanayama G, Ionescu-Pioggia M, Hudson JI. Anabolic steroid users' attitudes towards physicians. Addiction. 2004;99(9):1189–1194. [PubMed]

10. Copeland J, Peters R, Dillon P. A study of 100 anabolic-androgenic steroid users. Med J Aust. 1998;168(6):311–312. [PubMed]

11. United States Code Title 21; Controlled Substances Act; Section 812: Schedules of Controlled Substances. [accessed December 24, 2008]. Available online at http://www.usdoj.gov/dea/pubs/csa/812.htm.

## CERTIFICATION

I hereby certify that on August 11, 2016, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Dan E. LaBelle
Dan E. LaBelle

4363398v.1 23241/0001